**No. 10-5362. Henry Pierce, Petitioner v. City of Mullins Police Department, et al.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7100.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 360.